UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

Shannon M. Spooner,

                Defendant.

7:18-MJ-5334(MRG)

J U D G M E N T

---

    The issues in the above entitled action were brought before the Honorable Martin R. Goldberg, United States Magistrate Judge, on June 21, 2018. The Court thereafter accepted the defendant's plea of guilty to Unlicensed Operation of a Vehicle, in violation of § 509.1 of the New York Vehicle and Traffic Law, in full satisfaction of the Misdemeanor Complaint filed on June 21, 2018, and it is,

    ORDERED, ADJUDGED AND DECREED that the defendant pay a fine of $50.00 by July 26, 2018 or appear before the Court on July 27, 2018 at 9:00 a.m. to explain why the fee has not been paid.

Dated: Sept 9, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg
United States Magistrate Judge